# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 8, 2022

## NO. 03-17-00666-CV

**Facility Insurance Corporation, Appellant**

**v.**

**Patients Medical Center, Appellee**

## APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, TRIANA, AND KELLY
## AFFIRMED IN PART; REVERSED AND REMANDED IN PART ON REMAND -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the district court on July 14, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the State Office of Administrative Hearings (SOAH) Order in part insofar as it concludes that "Carrier failed to carry its burden that Provider is not entitled to $20,495.78 in additional reimbursement" and orders reimbursement in that amount, we affirm the SOAH Order in all other respects. We remand the case to the Division for further proceedings consistent with this opinion. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.